IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELYN B. N'JAI, | CIVIL ACTION |
| Plaintiff, | No. 2:10-cv-01323-NBF |
| v. | |
| PITTSBURGH BOARD OF PUBLIC EDUCATION, IMANI CHRISTIAN ACADEMY, NAACP, MILTON RAIFORD, JR., DR. MARON BARNETT, SHERICE COLES, MAISHA JOHNSON, JASON WASHINGTON, and DERRICK TURNER, | The Honorable Nora Barry Fischer<br><br>*Electronically filed.* |
| Defendants. | |

**JURY TRIAL DEMANDED**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

AND NOW, come the parties, PLAINTIFF, JACQUELYN B. N'JAI, PRO SE, and the DEFENDANTS, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. No. 41(a)(1)(A)(ii), hereby enter into this Stipulation for Dismissal with Prejudice of all claims against DEFENDANTS, IMANI CHRISTIAN ACADEMY, NAACP, MILTON RAIFORD, JR., DR. MARILYN BARNETT (incorrectly identified in the caption as "Dr. Maron Barnett"), SHERICE COLES, MAISHA JOHNSON, JASON WASHINGTON and DERRICK TURNER, and in support thereof, state as follows:

1. On October 8, 2010, Plaintiff filed this action against the Defendants through the filing of a Motion for Leave to Proceed *in forma pauperis*. [Doc. No. 1]. After receiving leave to proceed *in forma pauperis*, Plaintiff's Complaint was filed on October 12, 2010. [Doc. No. 4].

2. After the filing of Motions to Dismiss by Defendants, Imani Christian Academy, NAACP, Milton Raiford, Jr., Dr. Marilyn Barnett, Sherice Coles, Maisha Johnson, Jason

Washington and Derrick Turner, the Plaintiff was granted leave to file an amended complaint. *See,* April 4, 2011 Orders of Court [Doc. Nos. 97-98].

3. On May 2, 2011, Plaintiff filed her Amended Complaint [Doc. No. 106].

4. By way of the instant Stipulation, the parties do hereby agree and stipulate as follows:

   a. All claims against DEFENDANTS, IMANI CHRISTIAN ACADEMY, NAACP, MILTON RAIFORD, JR., DR. MARILYN BARNETT, SHERICE COLES, MAISHA JOHNSON, JASON WASHINGTON and DERRICK TURNER, shall be dismissed, **with prejudice**;

   b. DEFENDANTS, IMANI CHRISTIAN ACADEMY, NAACP, MILTON RAIFORD, JR., DR. MARILYN BARNETT, SHERICE COLES, MAISHA JOHNSON, JASON WASHINGTON and DERRICK TURNER, shall be dismissed, **with prejudice,** from this action pursuant to Fed. R. Civ. P. No. 41(a)(1)(A)(ii);

   c. As part of this Stipulation, all parties agree to bear their own costs and attorneys fees arising out of this action with respect to the claims asserted against DEFENDANTS, IMANI CHRISTIAN ACADEMY, NAACP, MILTON RAIFORD, JR., DR. MARILYN BARNETT, SHERICE COLES, MAISHA JOHNSON, JASON WASHINGTON and DERRICK TURNER.

5. This Stipulation does not pertain to any claims asserted by the Plaintiff against Defendant Pittsburgh Board of Public Education.

Dated: *August 11, 2011*

Respectfully submitted,

*Jacquelyn B. N'Jai*
JACQUELYN B. N'JAI
P.O. Box 10133
Pittsburgh, PA 15232
(412) 441-2368
*Pro Se Plaintiff*

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **MARGOLIS EDELSTEIN** | **PEPPER HAMILTON LLP** |
| */s/ Kyle T. McGee* | */s/ Robert Gallagher* |
| KYLE T. McGEE, ESQUIRE | ROBERT GALLAGHER, ESQUIRE |
| kmcgee@margolisedlestein.com | gallagherr@pepperlaw.com |
| 525 William Penn Place, Suite 3300 | 500 Grant Street, 50th Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 281-4256 | (412) 454-5000 |
| *Counsel for Defendants, Imani Christian Academy, Milton Raiford, Jr., Dr. Marilyn Barnett, Sherice Coles, Maisha Johnson, Jason Washington and Derrick Turner* | *Counsel for Defendant NAACP* |

AND NOW, this __12th__ day of __August__, 20__11__,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE